Before HOWARD, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

T.E. (Mother) appeals the termination of her parental rights to her children, M.A.P., T.F.E., M.D.P., and J.O.P. This court finds that the evidence was sufficient for the court to find that termination was appropriate because the children were abused. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).

Before JAMES M. SMART, JR., P.J.,
HAROLD L. LOWENSTEIN, and
JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

Joseph D. Belanger and Joseph Belanger, II, appeal a judgment entered on an adverse jury verdict on their claim for medical malpractice allegedly causing the death of Nora Belanger. Having carefully considered the points on appeal, we affirm the judgment by summary order. A formal opinion would have no jurisprudential value. A memorandum concerning the reasons for our decision is furnished to the parties. Judgment affirmed. Rule 84.16(b).

**Joseph D. BELANGER and Joseph Belanger, II, Appellants,**

v.

**Steven SOPER, M.D., Respondent.**

**No. WD 59414.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 3, 2001.

Decided Nov. 20, 2001.

Brian J. Klopfenstein, Kearney, MO., for Appellant.

B.K. Christopher, Kansas City, MO., for Respondent.

**Randy W. LUTJEN, Sr., Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. WD 59271.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 20, 2001.

Decided Nov. 20, 2001.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. for Revenue, Jefferson City, MO., for appellant.

James S. Grantham, Versailles, MO., for respondent.